| | |
|---|---|
| Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>SAUL EWING LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, NJ 07102<br>clizza@saul.com<br>wbaton@saul.com<br>ssullivan@saul.com<br><br>*Attorneys for Plaintiff*<br>*Supernus Pharmaceuticals, Inc.* | Joseph Froehlich<br>Paul B. Sudentas<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, NY 10281<br>(212) 415-8600<br>jfroelich@lockelord.com<br>psudentas@lockelord.com<br><br>*Attorneys for Defendants*<br>*Zydus Pharmaceuticals (USA) Inc. and*<br>*Cadila Healthcare Limited* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC.<br>and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | Civil Action No. 14-7272 (SDW)(LDW)<br><br>(Filed Electronically) |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

This action for patent infringement having been brought by Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") against Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus").

Pursuant to Fed. R. Civ. P. 41, Supernus and Zydus by and through their undersigned counsel, hereby stipulate, that:

1. All claims, counterclaims, and defenses asserted by Supernus and Zydus are dismissed without prejudice; and

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

By: <u>s/ William C. Baton</u>
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102
    clizza@saul.com
    wbaton@saul.com
    ssullivan@saul.com

*Of Counsel*:

Edgar H. Haug
Sandra Kuzmich, Ph.D.
Richard F. Kurz
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
skuzmich@haugpartners.com
rkurz@haugpartners.com

*Attorneys for Plaintiff*
*Supernus Pharmaceuticals, Inc.*

By: <u>s/ Joseph N. Froehlich</u>
    Joseph N. Froehlich
    Paul B. Sudentas
    LOCKE LORD LLP
    3 World Financial Center
    New York, NY 10281
    (212) 415-8600
    jfroehlich@lockelord.com
    psudentas@lockelord.com

*Of Counsel:*

Michael J. Gaertner
James T. Peterka
Carolyn A. Blessing
Timothy F. Peterson
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
cblessing@lockelord.com
tpeterson@lockelord.com

*Attorneys for Defendants*
*Zydus Pharmaceuticals (USA) Inc.*
*and Cadila Healthcare Limited*

SO ORDERED
Dated: March 9, 2017

_____
THE HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE